UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HARLEYSVILLE WORCESTER INSURANCE
COMPANY, a/s/o HOWARD PHILLIPS
D/B/A 205 EAST MAIN STREET
355 Maple Avenue
Harleysville, PA 19438-2297

Case No.: CV-10-1655

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

Plaintiff,

-against-

SOUND REFRIGERATION AND AIR
CONDITIONING, INC.
58 Stewart Avenue
Garden City Park, New York 10040
-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, the attorneys of record for all the parties to the above-captioned action, that the action and all claims as against Defendant, SOUND REFRIGERATION AND AIR CONDITIONING, INC., is hereby DISCONTINUED WITH PREJUDICE, without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

**IT IS FURTHER AGREED**, that defendant, SOUND REFRIGERATION AND AIR CONDITIONING, INC., did not interpose an Answer or otherwise appear in this action.

**IT IS FURTHER AGREED**, that facsimile signatures shall be accepted as originals for the purposes of this Stipulation.

Dated: Jericho, New York
June 28, 2010

_____
Thomas Paolini, Esquire (4346540)
Law Offices of Robert A. Stutman, P.C.
20 East Taunton Rd., Suite 403
Berlin, NJ 08009
(856) 767-6800
Attorneys for Plaintiff

The Clerk of the Court shall close the case.

**SO ORDERED**

Joseph F. Bianco
USDJ
Date: July 2, 2010
Central Islip, N.Y.